IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00424-RPM-BNB

SHANNON BOLES,

      Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

Upon review of the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: April 25th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                U.S. DISTRICT JUDGE